# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA                                       NO. 2021 KW 0698

VERSUS

ANTHONY DEARMAS                                          **JUNE 23, 2021**

---

In Re:     State of Louisiana, applying for supervisory writs,
           22nd Judicial District Court, Parish of St. Tammany,
           No. 590763.

---

**BEFORE:    CHUTZ, PENZATO, AND LANIER, JJ.**

   **STAY REQUEST DENIED.  WRIT DENIED.**

                              **WRC**
                              **AHP**
                              **WIL**

COURT OF APPEAL, FIRST CIRCUIT

_____
     DEPUTY CLERK OF COURT
        FOR THE COURT